**The NAUTILUS GROUP, INC. (formerly known as Direct Focus, Inc.), Plaintiff–Appellant,**

v.

**ICON HEALTH AND FITNESS, INC., Defendant–Appellee.**

**No. 05–1577.**

United States Court of Appeals, Federal Circuit.

Aug. 17, 2006.

Before NEWMAN, MAYER, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36